## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**KRISTOPHER DRZKA**                                          **PLAINTIFF**
*ADC #173755*

**v.**                    **No: 4:26-cv-00469-KGB-PSH**

**JOSHUA THEABALD,** *et al.*                                **DEFENDANTS**

### PROPOSED FINDINGS AND RECOMMENDATION

### INSTRUCTIONS

The following Recommendation has been sent to Chief United States District Judge Kristine G. Baker. You may file written objections to all or part of this Recommendation.  If you do so, those objections must:  (1) specifically explain the factual and/or legal basis for your objection; and (2) be received by the Clerk of this Court within fourteen (14) days of this Recommendation.  By not objecting, you may waive the right to appeal questions of fact.

### DISPOSITION

Plaintiff Kristopher J. Drzka filed a *pro se* complaint on May 7, 2026, while incarcerated at the Arkansas Division of Correction's Varner Unit (Doc. No. 1).  On May 8, 2026, the Court entered an order directing Drzka to submit the full $405.00 filing and administrative fee or file a fully completed IFP application within 30 days

(Doc. No. 2).  Drzka was cautioned that failure to comply with the Court's order within that time would result in the recommended dismissal of his case.  *Id.*

More than 30 days have passed, and Drzka has not complied with or otherwise responded to the May 8 order.  Accordingly, the Court finds that this action should be dismissed without prejudice for failure to comply with Local Rule 5.5(c)(2) and failure to respond to the Court's orders.  *See Miller v. Benson*, 51 F.3d 166, 168 (8th Cir. 1995) (District courts have inherent power to dismiss *sua sponte* a case for failure to prosecute, and exercise of that power is reviewed for abuse of discretion).

It is therefore recommended that Drzka's complaint (Doc. No. 1) be dismissed without prejudice.

DATED this 23rd day of June, 2026.

_____
UNITED STATES MAGISTRATE JUDGE