## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**KRISTOPHER J. DRZKA**                                                                    **PLAINTIFF**
**ADC #173755**

**v.**                                              **Case No. 4:26-cv-00469-KGB**

**JOSHUA THEABALD,** *et al.*                                                        **DEFENDANTS**

## ORDER

Before the Court is the Proposed Findings and Recommendation ("Recommendation") submitted by United States Magistrate Judge Patricia S. Harris (Dkt. No. 3). Plaintiff Kristopher J. Drzka has not filed any objections, and the time to do has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (*Id.*). The Court dismisses without prejudice Drzka's claims.

It is so ordered this the 20th day of July, 2026.

_____
Kristine G. Baker
Chief United States District Judge